IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES EVERLING                                                                    PLAINTIFF

v.                              No: 3:19-cv-151 DPM

CRAIGHEAD COUNTY DETENTION
CENTER; CRAIGHEAD COUNTY
SHERIFF'S DEPARTMENT; KEITH
BOWERS, Head Jailer; T. RAYMOND,
Administration Assistant; and DOE,
Supervisor                                                                        DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Everling hasn't updated his address; his mail is still being returned undelivered. № 10–12. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2019