IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES EVERLING                                        PLAINTIFF

v.                      No: 3:19-cv-151 DPM

CRAIGHEAD COUNTY DETENTION
CENTER; CRAIGHEAD COUNTY
SHERIFF'S DEPARTMENT; KEITH
BOWERS, Head Jailer; T. RAYMOND,
Administration Assistant; and DOE,
Supervisor                                        DEFENDANTS

## JUDGMENT

Everling's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

25 September 2019